UNITED STATES DISTRICT COURT

Northern District of California

BEATTY,
        Plaintiff in Propia Persona,

v.

KAISER PERMANENTE,
    Defendant.
_____/

No. C 09-4824 MHP MED

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

    Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference Program. Based on the court's review of plaintiff's Application for Assisted Settlement Conference, Declaration Applying for Assisted Settlement Conference and additional application materials, and plaintiff's acknowledgment at the Case Management Conference that she has reviewed the description of the Assisted Settlement Conference Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Settlement Conference counsel,

    IT IS HEREBY ORDERED:

    1.    That the case be assigned to the Assisted Settlement Conference Program;

    2.    That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

////

3. That the Settlement Conference shall be completed within ninety (90) days of the date of this order.

IT IS SO ORDERED.

Date 2/9/10

Marilyn Hall Patel
United States District Judge

2